## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **SUMANTA BANERJEE,** | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **TUCKERBROOK ALTERNATIVE** | ) |
| **INVESTMENTS, L.P.** | ) |
| | ) |
| **Defendant.** | ) |

**case 10-cv-10894-WGY**

_____

## MOTION TO REQUEST EMAIL FILING AND EMAIL NOTIFICATION

Banerjee is a Pro se Litigant in this case and as such does not have legal representation by an attorney. We are requesting the Court to allow us to have email access for pleadings and motions and notifications so that there is not a loss of time with mail being sent to India. Banerjee resides full time in India and is constantly traveling. As such, email capability and access is crucial in order for him to represent himself in a timely manner. There are two emails which Banerjee uses: **sbaner@gmail.com,** **and** **sumanta.banerjee1@gmail.com.**

We respectfully request this Court to allow us to use email as a way to submit Pleadings, Motions, and Hear from the Court on Decisions on Motions.

Respectfully submitted,

/s/ Sumanta Banerjee
58/1 Ballygunje Circular Rd
Kolkata 700019
sbaner@gmail.com
Sumanta.banerjee1@gmail.com

June 24, 2010