# EXHIBIT A

# RELEASE AND NON-DISPARAGEMENT AGREEMENT

This RELEASE AND NON-DISPARAGEMENT ("Agreement") is made as of the ___ day of November, 2008, by and among: (i) Tuckerbrook Alternative Investments, LP, a Delaware limited partnership with a principal place of business in Marblehead, Massachusetts ("TB") and; (ii) Sumanta Banerjee ("Mr. Banerjee") and Akshita Banerjee, residents of Weston, Connecticut (Sumanta and Akshita Banerjee shall be referred to collectively as "Banerjee") (TB and Banerjee, collectively, the "Parties").

## WITNESSETH:

WHEREAS, this Agreement is part of the settlement as reported to the Court;

NOW, THEREFORE, for and in consideration of, and contingent upon the mutual covenants and promises hereinafter set forth, it is agreed as follows:

{00128056.DOC}1



REDACTED

REDACTED

2. Non-disparagement:

   The Parties agree and warrant that they will refrain from making, disseminating, posting, publishing, placing on Web sites, or otherwise distributing any derogatory or disparaging comments, whether orally, visually, or in writing, whether electronic or hard copy, to third parties regarding the other Party or its/his funds, partnerships, limited liability companies, business, products, services, or practices, or regarding its principals, employees, founders, customers, clients, or investors

3. Governing Law. The validity, enforceability and construction of this Agreement shall be governed by the laws of the Commonwealth of Massachusetts (without giving effect to principles of conflicts of laws).

4. Counterparts. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signature exchanged by facsimile shall have the same effect as a signature actually exchanged.

5. Advice of Counsel. Each of the Parties acknowledges and agrees that he or it has had the opportunity to obtain the advice of independent counsel before entering into this Agreement and is not relying upon any other party concerning this Agreement or any aspect of the transactions contemplated herein.

6. Amendments, Waivers, Modifications. No amendment, modification or waiver of any of the provision of this Agreement shall be effective unless the same shall be in writing and signed by the party or parties against whom it is to be enforced, and then such amendment, modification or waiver shall be effective only in the specific instance and for the specific purpose for which it is given.

   IN WITNESS WHEREOF, the undersigned have executed this Agreement as an instrument under seal effective as of September 23, 2008.

_____          Tuckerbrook Alternative Investments, L.P.
Sumanta Banerjee

_____          By: _____
Akshita Banerjee                   Name:
                                   Title:

*Rosemarie Y. Ragette*
*Notary Public, Connecticut*
*My Commission Expires June 30, 2012*   11/7/08

for Sumanta & Akshita Banerjee

{00128056.DOC}3

REDACTED

2. <u>Non-disparagement</u>:

   The Parties agree and warrant that they will refrain from making, disseminating, posting, publishing, placing on Web sites, or otherwise distributing any derogatory or disparaging comments, whether orally, visually, or in writing, whether electronic or hard copy, to third parties regarding the other Party or its/his funds, partnerships, limited liability companies, business, products, services, or practices, or regarding its principals, employees, founders, customers, clients, or investors

3. <u>Governing Law</u>. The validity, enforceability and construction of this Agreement shall be governed by the laws of the Commonwealth of Massachusetts (without giving effect to principles of conflicts of laws).

4. <u>Counterparts</u>. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signature exchanged by facsimile shall have the same effect as a signature actually exchanged.

5. <u>Advice of Counsel</u>. Each of the Parties acknowledges and agrees that he or it has had the opportunity to obtain the advice of independent counsel before entering into this Agreement and is not relying upon any other party concerning this Agreement or any aspect of the transactions contemplated herein.

6. <u>Amendments, Waivers, Modifications</u>. No amendment, modification or waiver of any of the provision of this Agreement shall be effective unless the same shall be in writing and signed by the party or parties against whom it is to be enforced, and then such amendment, modification or waiver shall be effective only in the specific instance and for the specific purpose for which it is given.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as an instrument under seal effective as of September 23, 2008.

_____
Sumanta Banerjee

_____
Akshita Banerjee

Tuckerbrook Alternative Investments, L.P.

By: _____
Name: JOHN BASSETT
Title: Managing Principal

{00128056.DOC}3

REDACTED