# EXHIBIT B

**From:** Slusarz, Frances C. [mailto:FSlusarz@foxrothschild.com]
**Sent:** Wednesday, December 02, 2009 1:59 PM
**To:** sbaner@gmail.com
**Cc:** Sean T. Carnathan; mfogler@brsfirm.com; jbrar@brsfirm.com; Pastore III Joseph M.; Zamat, Michael A.; Douglas Hirsch
**Subject:** FW: Activity in Case 3:09-mc-00345-SRU Alkek & Williams Ltd et al v. Tuckerbrook Alternative Investments LP et al Order on Motion to Compel

Dear Mr. Banerjee:

Please see the below Order of the United States District Court for the District of Connecticut (Underhill, U.S.D.J.).

Frances Slusarz


Frances Codd Slusarz
Associate
Fox Rothschild LLP
One Landmark Square, 21st Floor
Stamford, CT 06901
203.425.1528 - direct
203.425.9595 - fax
fslusarz@foxrothschild.com
www.foxrothschild.com

---

**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Wednesday, December 02, 2009 1:47 PM

7/19/2010

**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:09-mc-00345-SRU Alkek & Williams Ltd et al v. Tuckerbrook Alternative Investments LP et al Order on Motion to Compel

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## United States District Court for the District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 12/2/2009 at 1:46 PM EST and filed on 12/2/2009
**Case Name:** Alkek & Williams Ltd et al v. Tuckerbrook Alternative Investments LP et al
**Case Number:** 3:09-mc-345
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
ORDER granting [1] Motion to Compel. Sumanta Banerjee shall apear and testify at his deposition at 9:00 a.m. on December 17, 2009 at the offices of Fox Rothschild, LLP, One Landmark Square, 21st floor, Stamford, Connecticut. Mr. Banerjee shall provide all documents requested in the document request attached to his deposition subpoena to Atty. Frances Slusarz at Fox Rothschild's Stamford office at least 48 hours in advance of the deposition. Failure to comply with this order will result in sanctions. Signed by Judge Stefan R. Underhill on 12/2/09. (Sbalbi, B.)


**3:09-mc-345 Notice has been electronically mailed to:**

Joseph M. Pastore, III   jpastore@foxrothschild.com, jgaliatsos@foxrothschild.com, jpastore@pastoreosterberg.com

Frances Codd Slusarz   fslusarz@foxrothschild.com

**3:09-mc-345 Notice has been delivered by other means to:**


ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be
used or relied upon by you or any other person, for the purpose of (i) avoiding

7/19/2010

penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
------------------------------------------------

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com.  Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service.  We will reimburse you for all expenses incurred.

Thank you.

7/19/2010