# EXHIBIT C

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALKEK & WILLIAMS LTD., ET AL., Plaintiffs, <br><br> v. <br><br> TUCKERBROOK ALTERNATIVE INVESTMENTS LP, ET AL., Defendants. | No. 3:09mc345 (SRU) |

## ORDER

Sumanta Banerjee shall appear and testify at his deposition on or before January 29, 2010, at the offices of Fox Rothschild, LLP, One Landmark Square, 21st floor, Stamford, Connecticut. Mr. Banerjee shall provide all documents requested in the document request attached to his deposition subpoena to Atty. Frances Slusarz at Fox Rothschild's Stamford office as soon as possible, and at least 48 hours in advance of the deposition.

Mr. Banerjee is ordered to provide a sworn affidavit providing the details of his recent medical care. Finally, Mr. Banerjee shall provide all counsel of record immediate notice of any plans he makes to travel outside India.

Failure to comply with this order will result in sanctions.

It is so ordered.

Dated at Bridgeport, Connecticut, this 7th day of January 2010.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge